UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:04-cr-00149-LRH-VPC |
| Plaintiff/Respondent, ) | 3:08-cv-00132-LRH-VPC |
| ) | |
| vs. ) | ORDER |
| ) | |
| JESUS CASTANEDA-CEJA, ) | |
| ) | |
| Defendant/Petitioner. ) | |

Defendant having filed his Amended Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#43), and pursuant to Rule 5 of Section 2255 Proceedings,

IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within forty-five (45) days of entry of this Order. The matter will then be submitted to the Court for decision.

IT IS SO ORDERED.

DATED this 7th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE